# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANENYE ALOZIEM,<br><br>              Plaintiff,<br><br>  vs.<br><br>WELLPATH, LLC,<br><br>              Defendant. | 8:22CV265<br><br>ORDER |

Counsel for the parties have advised the court that mediation has been scheduled for July 26, 2024, with Steve Gealy. Accordingly,

**IT IS ORDERED**:

1. All remaining case progression deadlines are stayed, and all hearings are terminated, pending the outcome of mediation.
2. On or before **August 2, 2024**, the parties shall notify the Court regarding the outcome of mediation.
3. If mediation is unsuccessful, the parties shall provide the undersigned magistrate judge with a proposed schedule for reinstatement of case progression deadlines within 14-days after mediation takes place.

Dated this 15th day of July, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge