# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANENYE ALOZIEM,<br><br>                     **Plaintiff,**<br><br>      vs.<br><br>WELLPATH, LLC,<br><br>                     **Defendant.** | 8:22CV265<br><br>ORDER |

Upon notice of settlement given to the undersigned magistrate judge by counsel for plaintiff,

**IT IS ORDERED:**

1. On or before **October 2, 2024**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 2nd day of August, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge